FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUL 27 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARON VACARELLA, *pro se*,

                Plaintiff,

-against-

NEW YORK STATE, NEW YORK CITY
QUEENS FAMILY COURT(FAMILY COURT
OF QUEENS COUNTY), QUEENS SUPPORT
COLLECTION UNIT, JOHN DOE(S),
JANE DOE(S), ET AL.,

                Defendants.
------------------------------------------------------------------X

JUDGMENT
00-CV- 6262 (DLI)

      A Memorandum and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on July 25, 2006, granting defendant's motion for summary judgment is granted; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that defendant's motion for summary judgment is granted.

Dated: Brooklyn, New York
       July 25, 2006

                                                      ROBERT C. HEINEMANN
                                                    Clerk of Court

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUL 27 2006 ★